UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FRANCES HUBBEL,                    No. 2:06-cv-0690-MCE-DAD

        Plaintiff,

    v.

MERCK & CO., INC.,

        Defendant.
_____/

MICHAEL NEADERHISER,               No. 2:06-cv-1294-FCD-GGH

        Plaintiff,

    v.

MERCK & CO., INC. and
MCKESSON CORPORATION,

        Defendants.
_____/
```

The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  See Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1  This Order is issued for informational purposes only, and
2 shall have no effect on the status of the cases, including any
3 previous Related (or Non-Related) Case Order of this Court.
4  IT IS SO ORDERED.
5 DATE: June 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2