1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOIEN and PEGGY HOIEN, | No. 2:05-cv-2464-MCE-KJM |
|     Plaintiffs, | |
|   v. | |
| MERCK & CO., INC., MCKESSON CORPORATION, and AMERISOURCEBERGEN DRUG CORP., | |
|     Defendants. | |
| _____/ | |
| MICHAEL NEADERHISER, | No. 2:06-cv-1294-FCD-GGH |
|     Plaintiff, | |
|   v. | |
| MERCK & CO., INC. and MCKESSON CORPORATION, | |
|     Defendants. | |
| _____/ | |

    The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

1    This Order is issued for informational purposes only, and
2 shall have no effect on the status of the cases, including any
3 previous Related (or Non-Related) Case Order of this Court.
4    IT IS SO ORDERED.
5 DATE: June 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2