Michael K. Brown (State Bar No. 104252)
Thomas J. Yoo (State Bar No. 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:   (213) 457-8000
Facsimile:    (213) 457-8080

Steven J. Boranian (State Bar No. 174183)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111
Telephone:   (415) 543.8700
Facsimile:    (415) 391.8269

Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA  94612
Telephone:   510.763.2000
Facsimile:    510.273.8832
Email: dblanton@reedsmith.com

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEADERHISER,<br><br>    Plaintiff,<br><br>  vs.<br><br>MERCK & CO., INC., et al.,<br><br>    Defendants. | No.  2:06-cv-1294-FCD-GGH<br><br>**STIPULATION AND ORDER STAYING PROCEEDINGS PENDING TRANSFER TO *IN RE VIOXX PRODUCTS LIABILITY LITIGATION*, MDL NO. 1657** |

The parties, by and through their counsel, stipulate to and respectfully request a stay of all proceedings in this action pending the transfer of this case to *In re VIOXX Products Liability Litigation*, MDL No. 1657.

Plaintiff alleges personal injuries attributed to the prescription drug Vioxx®.  Defendant Merck & Co., Inc. ("Merck") manufactured and distributed Vioxx, but voluntarily withdrew Vioxx from the market on September 30, 2004.

On February 16, 2005, the Judicial Panel on Multidistrict Litigation ("JPML") issued an order transferring 148 Vioxx-related cases to the United States District Court for the Eastern District of Louisiana for coordinated pretrial proceedings under 28 U.S.C. § 1407.  Merck intends to seek the transfer of this action to that Multidistrict Litigation, In re VIOXX Products Liability Litigation, MDL No. 1657.  Accordingly, on June 16, 2006, Merck provided the JPML with notice of this action pursuant to the procedure for "tag along" actions set forth in the rules of the JPML.  Merck expects the Panel to issue a Conditional Transfer Order that includes this case within the next few weeks.

While the transfer order is pending, a stay will potentially conserve judicial resources and will not cause unfair prejudice to the parties. *See Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997) (stay pending MDL transfer decision action would further judicial economy because "any efforts on behalf of this Court concerning case management will most likely have to be replicated by the judge that is assigned to handle the consolidated litigation").

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO IN RE VIOXX PRODUCTS LIABILITY LITIGATION, MDL NO. 1657

Based on the foregoing, the parties respectfully request that the Court stay this action pending its transfer to MDL No. 1657.

DATED: June 23, 2006

REED SMITH LLP

By   /s/ Dana A. Blanton
Dana A. Blanton
Attorneys for Defendant
Merck & Co., Inc.

DATED: June 23, 2006

ALEXANDER, HAWES & AUDET, LLP

By   /s/ Joshua C. Ezrin
Joshua C. Ezrin, Esq.
Attorneys for Plaintiffs

## **ORDER**

Having considered the foregoing stipulation and good cause appearing therefore, this action is STAYED.  In light of this stay the motion hearing set for August 4, 2006 is VACATED and the motion is MOOT.

 IT IS SO ORDERED.

DATED: June 26, 2006

/s/ Frank C. Damrell Jr.
United States District Judge

STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO IN RE VIOXX PRODUCTS LIABILITY LITIGATION, MDL NO. 1657